1  Tanya Moore, Esq. SBN 206683
   MOORE LAW FIRM, P.C.
2  332 N. Second Street
   San Jose, CA  95112
3  Telephone (408) 271-6600
   Facsimile (408) 298-6046
4
   Attorneys for Plaintiff
5  Ronald Moore

6

7

8
                    **UNITED STATES DISTRICT COURT**
9
                    **EASTERN DISTRICT OF CALIFORNIA**
10

| RONALD MOORE, | ) No.  1:10-CV-00796-OWW-SKO |
|---|---|
| Plaintiff, | ) |
| vs. | ) **STIPULATION FOR DISMISSAL; ORDER** |
| SURGIT SINGH and KANWAL PREET dba STOP N SHOP, | ) Assigned to U.S District Judge Oliver W. Wanger |
| Defendants. | ) Complaint filed:  May 7, 2010 |

Plaintiff Ronald Moore, through his attorney, Tanya Moore, Moore Law Firm, P.C., San Jose, California, and Defendants Surgit Singh and Kanwal Preet dba Stop N Shop, through their attorney Bruce Neilson, MacArthur & Neilson, Fresno, California, hereby stipulate that the above-captioned action shall be dismissed with prejudice.

Date: October 19, 2010              /s/Tanya Moore
                                    Tanya Moore
                                    Attorney for Plaintiff

/ /
/ /

Stipulation for Dismissal

Page 1

| | |
|---|---|
| Date: October 19, 2010 | MACARTHUR & NEILSON |
| | /s/ Bruce A. Neilson<br>Bruce A. Neilson, Esq.<br>Attorney for Surjit Singh and Kanwal Preet |

## ORDER

THE PARTIES HAVING SO STIPULATED, IT IS HEREBY ORDERED THAT the above-captioned action be dismissed with prejudice.

IT IS SO ORDERED.

Dated: **October 19, 2010**              **/s/ Oliver W. Wanger**
                                              UNITED STATES DISTRICT JUDGE

Stipulation for Dismissal